IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01845-REB-MJW

BUCKLEY POWDER CO., a Colorado corporation,

Plaintiff,

v.

INFOR GLOBAL SOLUTIONS (MICHIGAN), INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Entry of Protecting Confidentiality of Documents and Information (docket no. 19) is GRANTED finding good cause shown. The written Order Protecting Confidentiality of Documents and Information (docket no. 19-1) is APPROVED as amended in paragraph 31 and made an Order of Court.

Date: October 28, 2013