# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No.  13-cv-01845-REB-MJW

BUCKLEY POWDER CO., a Colorado corporation,

    Plaintiff,

v.

INFOR GLOBAL SOLUTIONS (MICHIGAN), INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation For Dismissal With Prejudice** [#31][1] filed January 29, 2014.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation For Dismissal With Prejudice** [#31] filed January 29, 2014, is **APPROVED**;

    2.  That the combined Final Pretrial Conference and Trial Preparation Conference set August 1, 2014, are **VACATED**;

    3.  That the trial to the court set to commence August 4, 2014, is **VACATED**;

---

[1] "[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

    4. That any pending motion is **DENIED** as moot; and

    5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 29, 2014, at Denver, Colorado.

                                      **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge